**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio Maurice CHAPMAN,**
**Defendant–Appellant.**

No. 01–6958.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 17, 2001.

Antonio Maurice Chapman, pro se.

Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, VA, for appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Antonio Maurice Chapman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Chapman,* Nos. CR–98–10; CA–99–970–7 (W.D.Va. May 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*